UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:14-cv-00076-MOC

| | |
|---|---|
| LESLIE W. HOOSIER, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) | **ORDER OF REMAND and JUDGMENT** |

**THIS MATTER** is before the court on Defendant's Consent Motion for Remand (#15). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Consent Motion for Remand (#15) is **GRANTED** and this matter is hereby **REMANDED** to Defendant for further administrative proceedings and development, all in accordance with Sentence Four of 42 U.S.C. §405(g). **IT IS FURTHER ORDERED** that all other pending motions, including Plaintiff's Motion for Summary Judgment (#13) are denied without prejudice as **MOOT**. This action is otherwise **DISMISSED**.

**JUDGMENT**

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that, pursuant to sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner is **REVERSED** and

the cause is **REMANDED** for further administrative proceedings not inconsistent with the consent Motion and this Judgment.

Signed: March 5, 2015

Max O. Cogburn Jr
United States District Judge